■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES T. NIXON, Appellant.—Judgment unanimously reversed and indictment dismissed. Memorandum: No competent evidence was adduced on the trial

other than that of the alleged victim tending to establish that an attempt was made by defendant to engage the alleged victim in sexual intercourse (Penal Law, § 130.15, subd 1). (Appeal from judgment of Monroe County Court, adjudging defendant a youthful offender.) Present—Marsh, P. J., Moule, Simons, Mahoney and Del Vecchio, JJ.